# EXHIBIT M

To Whom It May Concern:

My name is Bryanna Lindly. I was born and raised in Santa Clara, California where I attended St. Justin's School and Archbishop Mitty High School. I then went on the graduate with a Bachelor's Degree in Sports Medicine from St. Mary's College of California. Today, I am a mother to my beautiful 8-year-old boy, and I currently own a Functional Medicine Practice working as the Lead Functional Medical Practitioner for my team. I work with all walks of life, and I thrive on learning the intricacies of people's character. I pride myself on seeing the good in humankind, no matter the situation. I consider myself to be a good judge of character, for I strive to surround myself and my family with only loving, supportive and positively impactful humans.

I am writing this letter to you today to vouch for an extraordinary friend, father and human, Mounir Gad. He is one of those humans mentioned above. Mounir and I have been beyond fortunate to spend most of our years together as the closest of friends. I have known this exceptional man for 30 of the 35 years of my life. Mounir and I have had the opportunity to travel together throughout the years, as well as attend the same schools together since we were 15 years old. We have been through many of life's challenging moments together as adolescents, while also cherishing and celebrating life's most amazing moments together as adults. For as long as I have known Mounir on a personal level, he has been nothing short of an absolutely incredible human being. I have witnessed first-hand his growth into an amazingly admirable and inspiring man, son, father & friend. His character exudes honesty, integrity, loyalty & passion among countless other intensely genuine qualities. His loving, compassionate and gentle spirit, coupled with his strong foundation of quality values & morals truly radiate through his son, John Michael.

For as long as I can remember, Mounir has wanted to be a father. Not just simply "a father", but THE very BEST father. He has coached, volunteered with and educated children of all ages for almost two decades now. His unmatched levels of dedication, hard work and determination have certainly contributed to shaping Mounir's perception of what a father truly is. Mounir is exactly those things and so much more for his son. He has devoted himself to being the absolute BEST father that he can be to John Michael. I have physically heard him place importance on core life understandings such as respect for women, playing gently with others, sharing & giving without questions or expectations – just to name a select few. It is my whole-hearted belief that when I see the way that John Michael looks at his father, it is absolutely a look of awe, love, admiration and respect.

Over the years, any time I have ever needed anything at all – and I have examples from A to Z – Mounir would drop whatever he was doing to tend to my needs as his friend. There was not a single time that this man was not there for me when I needed him. To this day, he has been there for my child and I through anything and everything. He places my (and my family's) well-being over his own EVERY single time. Much like our friendship, Mounir does this day in and day out for his own family. Unquestionably, family has always been his number one priority. This is embedded in the finest fibers of this man's core, and the dedication to his family is undoubtedly applicable to Mounir's relationship with anyone around him at any given time.

The personal details and observations that I have revealed about Mounir throughout this letter are consistently demonstrated on a regular basis with regard to all of my encounters with him (and his son). In addition to all of the things mentioned, I'd also like to note how exceptional Mounir's ability to be accountable for his actions is. It is engrained in his genetic makeup to be the best possible role model

for his child, whatever that should mean. In this case, it means accepting responsibility for decisions made and actions taken, regardless of any claims. I have always known him to do the right thing without question, and this situation is no different at all. He will do whatever it takes to show his son what it means to be a solid human being through and through – one that is well-rounded, community-oriented, family & faith-based and filled with morals and core values that are undoubtedly unmatched.

In conclusion, I would like to share that this man does not have a selfish, vindictive or vicious bone in his body. He has always followed his heart, and passionately does what is right for everyone else around him before he even considers himself. It is truly an honor to know Mounir, and I look forward to continuing to watch him grow into the incomparable and amazing father, friend and man that I've always known him to be.

Should you need any additional information at all, please feel free to contact me directly at any time.

Sincerely,

Bryanna Lindly