STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SARAH E. GRISWOLD (CABN 240326)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    FAX: (408) 535-5081
    sarah.griswold@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:21-CR-261-LHK |
| Plaintiff, | UNITED STATES' STATUS MEMORANDUM |
| v. | |
| MOUNIR GAD, | |
| Defendant. | |

    The United States hereby submits this status memorandum pursuant to the Court's order on November 10, 2021. (ECF No. 28.)

    Defendant Mounir Gad pleaded guilty to two counts of securities fraud on August 4, 2021. (ECF No. 15.) On October 27, 2021, the defense filed a sentencing memorandum and twelve letters of support. (ECF Nos. 20 (memo.), 20-1 through 20-12 (letters).) In particular, Exhibit K to the defendant's sentencing memorandum was a support letter in the name of B.L. (ECF No. 20-11.) On November 3, 2021, the Court held a sentencing hearing. (ECF No. 22.) During that hearing, the Court indicated it had considered the filings in this case including the letters of support for defendant Gad.

The Court referenced specific letters including the letter in the name of B.L. in explaining the bases for the imposed sentence.  The Court sentenced defendant Gad to probation for a term of two years with conditions including 100 hours of community service and complying with all terms of the resolution of the parallel civil enforcement action brought by the United States Securities and Exchange Commission. (ECF No. 24.)

On November 10, 2021, the Court held a status conference at the defense's request.  (ECF No. 28.)  At that hearing it was revealed that defendant Gad altered the support letter in the name of B.L. without her knowledge or permission before it was submitted to the Court.  At the status conference, a copy of the true letter that B.L. wrote in support of defendant Gad was entered into the record as Exhibit M.  (ECF No. 27.)  A redline comparing the original letter written by B.L. and the altered version submitted to the Court is attached hereto as Exhibit 1.

"Within 14 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error."  Fed. R. Crim. P. 35.  It is not apparent to the United States, however, that the sentence imposed by the Court resulted from "clear error" within the meaning of Rule 35.

DATED:  November 17, 2021                                  Respectfully submitted,

                                                                                     STEPHANIE M. HINDS
                                                                                     Acting United States Attorney


                                                                                          /s/
                                                                                     SARAH E. GRISWOLD
                                                                                     Assistant United States Attorney