# UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
San Jose Venue

### Second Amended Petition for Summons for Person Under Supervision

| | |
|---|---|
| **Person Under Supervision**<br>Mounir Gad | **Docket Number**<br>0971 5:21CR00261-001 LHK |

**Name of Sentencing Judge:**   The Honorable Lucy H. Koh
United States District Judge

**Date of Original Sentence:**   November 3, 2021

**Original Offense:**
Count One: Securities Fraud, 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. §§ 240.10b-5, 240.10b5-1, and 240.10b5-2, 18 U.S.C. §2, a class C Felony.

Count Two: Securities Fraud, 15 U.S.C. § 78j(b) and 78ff, 17 C.F.R. §§ 240.10b-5, 240.10b5-1, and 240.10b5-2, 18 U.S.C. §2, a class C Felony.

**Original Sentence:** Two years probation on each of Counts One and Two to run concurrently.

**Special Conditions:** $200.00 Special Assessment; $500.00 Fine; No new lines of credit or new debt; access to financial information; undergo a mental health assessment; search; 100 hours community service; You must comply with all terms of your resolution of the parallel civil enforcement action brought by the United States Securities and Exchange Commission arising out of the facts that led to the Information in the instant case, including, but not limited to, the payment of a civil monetary penalty in the amount of $51,700; substance abuse testing and treatment.

**Prior Form(s) 12:** On November 24, 2021, a Petition for Summons for Person Under Supervision was filed alleging Gad unlawfully used a controlled substance and did not answer truthfully the questions asked by his probation officer. Your Honor issued a Summons. Gad appeared for arraignment before the duty Magistrate Judge on November 26, 2021.

**On December 3, 2021, an Amended Petition for Summons for Person Under Supervision was filed adding Charge Three, alleging Gad unlawfully used a controlled substance. Your Honor issued a Summons. Gad appeared for arraignment before the duty Magistrate Judge on December 6, 2021.**

**On December 9, 2021, a Request for Modifying the Conditions or Term of Supervision from the Person Under Supervision was filed requesting the addition of substance abuse treatment and testing. Your Honor granted the request and modified Gad's conditions to include substance abuse testing and treatment.**

RE:  Gad, Mounir 2
 0971 5:21CR00261-001 LHK

Gad is scheduled to appear before Your Honor on January 5, 2021, at 9:15 a.m.

**Type of Supervision**
Probation

**Date Supervision Commenced**
November 3, 2021

**Assistant U.S. Attorney**
Sarah Griswold (AUSA)

**Defense Counsel**
Edward Nino (Retained)

## Petitioning the Court

**To take notice of the addition of Charges Four and Five and the issuance of a summons for the person under supervision to appear in Court before the duty Magistrate Judge on December 30, 2021, at 1:00 p.m. for arraignment on Charges Four and Five. It is further requested for the charges contained in the Petition for Summons for Person Under Supervision filed on November 24, 2021, be incorporated into all future proceedings (all newly charged violation conduct has been highlighted in bold print).**

I, Juan Flores, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the person under supervision violated mandatory condition number three that states in part, that he refrain from any unlawful use of a controlled substance. |

 On November 16, 2021, Gad reported to the San Jose U.S. Probation Office (USPO), for a scheduled office visit. Gad submitted a urinalysis which tested positive for Benzoylecgonine-Cocaine. Gad denied the use of a controlled substance, reporting the last time he ingested a controlled substance was on January 1, 2020, when he ingested marijuana.

 Evidence of this violation can be found in the Abbott Drug Test Report B04400820 and the NIDT Questionnaire signed by Gad dated November 16, 2021.

RE:   Gad, Mounir 3
      0971 5:21CR00261-001 LHK

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe that the person under supervision violated standard condition number five that he answer truthfully the questions asked by his probation officer. |

On November 8, 2021, Gad reported to the USPO and was instructed to provide a urinalysis. Following several attempts to provide a urinalysis, Gad reported he was unable to provide one. As such, an oral swab drug test was attempted. However, the client did not produce enough saliva for the test to administer a result. The USPO attempted to have Gad continue to provide a saliva sample or urinalysis. At this time, Gad reported he was unable to provide a sample. Gad reported the mother of his child, Maria Lendaris, sent him a text message instructing him to pick up their son, John Michael, from school. Additionally, Gad reported he was the only person available to pick up John Michael. As such, he left the USPO without providing a urinalysis. On November 19, 2021, Elizabeth Goodley, attorney for Maria Lendaris, contacted the USPO. She reported her client, Maria, did not contact Gad on November 8, 2021, to pick up their son, John Michael. As such, Gad was untruthful, when he reported he was required to pick up John Michael on November 8, 2021 and would not be able to provide a urinalysis.

Evidence of this alleged violation can be found in the chronological entry dated November 8, 2021, which describes the conversation with Gad and the United States Probation Office chronological entry dated November 19, 2021, which describes the conversation held with Elizabeth Goodley.

| Charge Number | Violation |
|---|---|
| Three | There is probable cause to believe that the person under supervision violated mandatory condition number three that states in part, that he refrain from any unlawful use of a controlled substance. |

On November 30, 2021, Gad submitted a urinalysis which tested presumptive positive for Fentanyl. Gad admitted to ingesting Fentanyl on November 29, 2021.

Evidence of this violation can be found in the Abbott Drug Test Report B02442074 and the United States Probation Office chronological entry date November 30, 2021, which describes the conversation with Gad. The result is currently pending confirmation from the laboratory. Once confirmation is received, it will be provided to all parties.

RE:   Gad, Mounir                                                                                                          4
      0971 5:21CR00261-001 LHK

| **Charge Number** | **Violation** |
|---|---|
| Four | There is probable cause to believe that the person under supervision violated standard condition number five that he answer truthfully the questions asked by his probation officer. |

> On November 9, 2021, the USPO contacted Gad advising him the USPO would be contacting him at his residence on November 10, 2021. Gad reported he was at urgent care as he could not stop coughing. The USPO inquired if it was COVID-19 and the client responded "yes." Additionally, Gad sent an e-mail with an attachment titled "_My Health Online – Test Details." The attachment contained information from Palo Alto Medical Foundation, indicating Gad tested positive (detected) for COVID-19 on November 9, 2021, from a sample collected at 5:51 PM.
>
> On November 16, 2021, Gad refused to provide additional information regarding his positive COVID-19 results, indicating he was under the advisement of unidentified counsel not to provide information.
>
> On December 15, 2021, Gad was ordered by the Court to provide information regarding his COVID-19 test results. On December 16, 2021, the USPO received an e-mail from Gad's attorney, Edward Nino, with an attachment titled "! My Health Summary." The attachment contained Gad's health information, along with negative results for COVID-19, collected on November 9, 2021, with a "final result" confirmed at 5:51 PM. As such, Gad did not answer truthfully to the USPO when asked if he tested positive for COVID-19 on November 9, 2021.
>
> Evidence of this alleged violation can be found in the USPO chronological entry dated November 9, and November 16, 2021, which describes the conversation with Gad and the documents titled "_My Health Online – Test Details and "! My Health Summary."

| **Charge Number** | **Violation** |
|---|---|
| Five | There is probable cause to believe that the person under supervision violated standard condition number five that he answer truthfully the questions asked by his probation officer. |

> On November 8, 2021, Gad reported to the USPO and completed an initial monthly supervision report. Gad completed the report and did not provide employment information. The monthly supervision report requires a signature certifying that all information furnished is complete and correct. Additionally, Gad

RE:   Gad, Mounir                                                                                                          5
      0971 5:21CR00261-001 LHK

>    reported he was not employed and as a result, he was instructed to submit bi-weekly employment search logs to the USPO.
>
>    On December 16, 2021, the USPO received an e-mail from Gad's attorney with an attachment titled "Sathyaseelan report." The report contained a telephonic interview conducted by Flagstone Investigations, interviewing Raj Sathyaseelan, principal owner of Link-Silicon Valley (a business brokerage firm). The report indicated Gad applied at Link- Silicon Valley as a transaction advisor in September 2021 and was hired. Sathyaseelan further reported he was contacted by the Federal Bureau of Investigations (FBI) on December 13, 2021 and learned about Gad's legal issues. As a result, he immediately terminated him. As such, Gad did not answer truthfully his employment status on November 8, 2021.
>
>    Evidence of this alleged violation can be found in the chronological entry dated November 8, 2021, which describes the conversation with Gad and the document titled "Sathyaseelan report."

Based on the foregoing, there is probable cause to believe that Mounir Gad violated the conditions of his Probation.

Respectfully submitted,                                  Reviewed by:

*J. Flores*                                              *Sonia Lapizco*

Juan Flores                                              Sonia Lapizco
U.S. Probation Officer Specialist                        Supervisory U.S. Probation Officer
Date Signed: December 17, 2021

RE:     Gad, Mounir                                                                                                    6
        0971 5:21CR00261-001 LHK

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒  **The Court takes notice of the addition of Charges Four and Five and issues a summons for the person under supervision to appear in Court before the duty Magistrate Judge on December 30, 2021, at 1:00 p.m. for arraignment on Charges Four and Five.**

   **It is further ordered the Charges contained in the Petition for Summons for Person Under Supervision filed on November 24, 2021, be incorporated into all future proceedings (all newly charged violation conduct has been highlighted in bold print).**

☐  Other:

_____December 17, 2021_____                      _____*Lucy H. Koh*_____
Date                                                                                  Lucy H. Koh
                                                                                      United States District Judge

RE: Gad, Mounir 7
0971 5:21CR00261-001 LHK

## APPENDIX

Grade of Violations:  C

Criminal History at time of sentencing:  I

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | 20 Years<br>18 U.S.C. § 3559(a)(3) | 3-9 Months<br>§ 7B1.4(a), p.s. |
| **Supervised Release:** | 3 Years<br>18 U.S.C. § 3583(b)(2) | One year, less any time in custody upon revocation<br>USSG § 7B1.3(g)(2), p.s. |
| **Probation:** | Up to five years,<br>18 U.S.C. § 3561 | One to five years<br>USSG § 5B1.2 |